## ISAAC N. LAWSON, Appellant, v. REED M. HAMMOND, Respondent.

St. Louis Court of Appeals, May 12, 1903.

**Jurisdiction:** HOMESTEAD, ADMEASUREMENT THEREOF: SUPREME COURT. Motion to quash the levy of an execution on land, on the ground that it is exempt as a homestead, was sustained. Jurisdiction in such proceedings, is denied the Courts of Appeals, for the reason that they involve title to real estate.

Appeal from Ralls Circuit Court.—*Hon. John Megown, Judge.*

CERTIFIED TO SUPREME COURT.

*G. W. Whitecotton* for appellant.

*E. W. Nelson* for respondent.

REYBURN, J.—Plaintiff recovered judgment against defendant, in the Ralls Circuit Court, upon which execution issued and was levied on land of defendant, whereupon defendant moved to quash the levy on the ground that the land levied on constituted defendant's homestead, which motion was sustained and plaintiff appealed. Jurisdiction in such proceeding is denied this court. Stinson v. Call, 163 Mo. 323; McAnaw v. Mathis, 129 Mo. 142.

The cause is, therefore, certified to the Supreme Court. *Bland, P. J.,* and *Goode, J.,* concur.